Dismissed and Memorandum Opinion filed April 5, 2007








Dismissed
and Memorandum Opinion filed April 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00055-CV

____________

 

THERESA HAYNES, Appellant

 

V.

 

CANDLELIGHT HILLS CIVIC
ASSOCIATION, Appellee

 



 

On Appeal from the
151st District Court

Harris County, Texas

Trial Court Cause No.
2004-72901

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from an order releasing a cash bond signed December 12, 2006. 
Appellant filed a notice of appeal on January 19, 2007.  The appellate filing
fee was not paid.  See Tex. R.
App. P. 5; see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998); Tex.
Gov=t Code Ann. ' 51.207 (Vernon 2005).  On February 13, 2007, appellant was
sent
the requisite ten-days= notice that this appeal was subject to
dismissal.  See Tex. R. App. P. 42.3.  On February 23,
2007, appellant requested and was granted additional time to pay the costs of
appeal until March 5, 2007.  To date, the filing fee has not been paid.








In
addition, no clerk=s record has been filed.  The clerk responsible for preparing
the record in this appeal informed the court appellant did not make
arrangements to pay for the record.  On March 14, 2007, notification was
transmitted to all parties of the court=s intention to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P.
37.3(b).  Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
5, 2007.

Panel consists of Chief Justice Hedges and Justices
Hudson and Guzman.